IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JEREMY STOCKSTILL**                                             **PLAINTIFF**

**VERSUS**                                             **CIVIL NO. 1:16cv4-HSO-JCG**

**CITY OF PICAYUNE;**
**BRYAN DAWSEY, in his Official Capacity**
**as Chief of Police for City**
**of Picayune Police Department; and**
**CHAD PRESTRIDGE, Individually and**
**in His Official Capacity as Patrol**
**Officer for the City of Picayune**                        **DEFENDANTS**

<u>**ORDER DENYING PLAINTIFF JEREMY STOCKSTILL'S**
**MOTION FOR PRELIMINARY INJUNCTION [3]**</u>

For the reasons stated on the record at the hearing held February 2, 2016, the Court is of the opinion, and finds that Plaintiff Jeremy Stockstill has not carried his burden of proving that he has a substantial likelihood of success on the merits of his 42 U.S.C. § 1983 claim.  Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that Plaintiff Jeremy Stockstill's Motion for a Preliminary Injunction [3] filed January 8, 2016, is **DENIED**.

**SO ORDERED AND ADJUDGED**, this the 2nd day of February, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE