## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**JEREMY STOCKSTILL**                                                   **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO. 1:16-cv-4-HSO-JCG**

**CITY OF PICAYUNE, ET AL.**                                   **DEFENDANT**

### ORDER GRANTING UNOPPOSED MOTION TO STAY AND ADMINISTRATIVELY CLOSING CASE DURING PENDENCY OF APPEAL

BEFORE THE COURT is an unopposed Motion to Stay [27], filed by Plaintiff Jeremy Stockstill.  On February 22, 2016, Plaintiff filed a Notice of Appeal [23] of the Order [21] denying the Motion for Preliminary Injunction.  The record has been transmitted and certified as accepted by the Fifth Circuit Court of Appeals and the appeal is currently pending.

The Court has reviewed the pleadings on file and finds that until such time as the Fifth Circuit Court of Appeals fully and finally resolves the appeal, this case should be administratively closed.  Upon resolution of the appeal and the return of Plaintiff's claims to this Court, any party may move to reopen this case and lift the stay.

**IT IS, ORDERED AND ADJUDGED**, that the unopposed Motion to Stay [27], filed by Plaintiff Jeremy Stockstill should be and is hereby **GRANTED** and this case is **STAYED** and **ADMINISTRATIVELY CLOSED** for statistical purposes during the pendency of the appeal to the Fifth Circuit Court of Appeals.  Within ten [10] days of resolution of the appeal, any party may move to reopen the case and lift the stay.

**SO ORDERED** this the 9th day of March, 2016.

*/s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE