# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **JEREMY STOCKSTILL**, <br><br> Plaintiff, <br><br> vs. <br><br> **CITY OF PICAYUNE; BRYAN DAWSEY**, in his official capacity as Chief of Police for City of Picayune Police Department, and **CHAD PRESTRIDGE**, individually and in his official capacity as Patrol Officer for the City of Picayune Police Department, <br><br> Defendants. | CASE NO.: 1:16-cv-00004-HSO-JCG <br><br> **<u>MOTION TO REOPEN CASE <br> AND LIFT STAY ON <br> ALL PROCEEDINGS</u>** |

COMES NOW Plaintiff Jeremy Stockstill and respectfully moves this Court to reopen this case and lift the stay on all proceedings. This Court's Order denying Plaintiff's Motion for Preliminary Injunction was affirmed by the United States Court of Appeals for the Fifth Circuit on September 29, 2016.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Jeremy Stockstill respectfully requests that this Honorable Court grant his Motion to Reopen the Case and Lift the Stay on All Proceedings.

Respectfully submitted this 5th day of October, 2016.

s/Nathan W. Kellum
NATHAN W. KELLUM
TN BAR #13482; MS BAR # 8813
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN  38117
(901) 684-5485 – Telephone
(901) 684-5499 – Fax

Attorney for Plaintiff Jeremy Stockstill

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this date filed electronically with the Clerk of the Court by using the CM/ECF system.  Notice of this filing will be sent electronically to all counsel of record by operation of the Court's CM/ECF system, signed this 5th day of October, 2016.

    s/Nathan W. Kellum
    Attorney for Plaintiff Jeremy Stockstill